**TIANJIN MAGNESIUM INTERNATIONAL CO., LTD., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

**and**

**US Magnesium LLC, Defendant–Appellee.**

**No. 2012–1089.**

United States Court of Appeals, Federal Circuit.

Aug. 14, 2012.

David A. Riggle, Riggle & Craven, of Chicago, IL, argued for plaintiff-appellant.

Renee A. Gerber, Trial Attorney, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

Jeffrey B. Denning, King & Spalding LLP, of Washington, DC, argued for defendant-appellee U.S. Magnesium LLC. With him on the brief was Stephen A. Jones. Of counsel was Jeffrey M. Telep.

PROST, O'MALLEY, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**